UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JARRUS, et al.,

    Plaintiffs,

                              Civil No. 25-11168

v.

                              Honorable F. Kay Behm

GOVERNOR of MICHIGAN, et al.    Mag. Judge Anthony P. Patti

    Defendants.

# FBI DEFENDANTS' NOTICE OF APPROPRIATION OF FUNDS AND EX PARTE MOTION TO LIFT STAY

An order staying this case as to the FBI Defendants was entered due to the lapse of funding for the Department of Justice that occurred on October 1, 2025 (Corrected Text-Only Order, dated Oct. 28, 2025). On November 12, 2025, Congress appropriated funds for the Department of Justice, and DOJ attorneys were permitted to resume their usual civil litigation functions. As such, the stay should be lifted as to the FBI Defendants. The FBI Defendants are not requesting any adjournment of dates and are prepared to abide by the deadlines set by the Court in its November 11, 2025, order (ECF No. 168).

Respectfully Submitted,

**JEROME F. GORGON JR.**
United States Attorney

 */s/ Bradley H. Darling*
**Bradley H. Darling** (P63176)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9137
E-mail: bradley.darling@usdoj.gov

Dated:  November 14, 2025

## CERTIFICATION OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

Additionally, I mailed a copy of the foregoing papers to:

   Michael D. Jarrus
   Linda Jarrous
   526 S. Alexander Ave.
   Royal Oak, MI 48067

As a courtesy, I also emailed a copy to: mikejarrus@gmail.com

      */s/ Bradley H. Darling*
      **Bradley H. Darling** (P63176)
      Assistant United States Attorney
      211 W. Fort Street, Suite 2001
      Detroit, Michigan 48226
      Phone: (313) 226-9137
      E-mail:  bradley.darling@usdoj.gov